# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ewell Wallace | ) |
| | ) **Case No:** 17 B 10238 |
| | ) **Judge:** Thorne |
| | ) **Chapter** 13 |
| **Debtor** | ) |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S. Michigan, Suite 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor:** Ewell Wallace., 8844 S. Aberdeen St, Chicago, IL 60620
See attached service list.

  PLEASE TAKE NOTICE that on September 1, 2021 at 1:30PM. I will appear before the Honorable Judge Thorne or any judge sitting in that judge's place, and present the Motion to Modify Plan, a copy of which is attached.

  **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance is necessary or permitted. To appear and be heard on the motion, you must do the following:

  **To appear by video,** use this link: https://www.zoomgov.com. Then enter the meeting ID and passcode.

  **To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

  **Meeting ID and passcode.** The meeting ID for this hearing is 160 9362 1728 – no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

  **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

           By: /s/ Angelica Harb
           Angelica Harb
           Law Office of Jason Blust, LLC

211 W. Wacker Dr, Suite 300  
Chicago, IL 60606  
angieharb@clientfirstbankruptcy.com  
312-273-5001

## CERTIFICATE OF SERVICE

    I, Angelica Harb, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on August 11, 2021, before 6:00PM.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-10238<br>Northern District of Illinois<br>Eastern Division<br>Mon Aug  9 15:17:31 CDT 2021 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| American Credit Acceptance<br>961 E Main St<br>Spartanburg, SC 29302-2185 | City of Chicago Department of Finance<br>Bureau of Utility Billing and<br>  Customer Service<br>Post Office Box 6330<br>Chicago, Illinois - IL  60680-6330 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Blvd Ste.600<br>Chicago, IL 60604-3517 |
| City of Chicago Dept. of Water Mgt.<br>Department of Water Management<br>333 S State St, Lower Level Room 10<br>Chicago, IL 60604-3900 | City of Chicago Parking<br>Dept of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | Com Ed<br>Customer Care Center<br>PO Box 805379<br>Chicago, IL 60680-4179 |
| Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002 | Commonwealth Edison Company<br>Attn: Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523-1502 | Convergent<br>800 Sw 39th St<br>Renton, WA 98057-4927 |
| Cook County Clerk<br>118 N. Clark Street, 4th Floor<br>Chicago, IL 60602-1413 | Cook County Treasurer<br>118 N Clark St<br>Room 112<br>Chicago, IL 60602-1590 | Cynthia Edwards<br>4117 Sumter Drive<br>Matteson, IL 60443-2621 |
| Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | Il Dept Of Healthcare<br>509 South 6th Street<br>Springfield, IL 62701-1809 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| Katrina Bridges-Lucas<br>9319 S. Prairie<br>Chicago, IL 60619-7217 | LVNV Funding, LLC/<br>North Star Capital Acquisition LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Med Busi Bur<br>1460 Renaissance D<br>Park Ridge, IL 60068-1349 |
| PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6433 | Peoples Gas<br>130 E Randolph Dr<br>Chicago, IL 60601-6207 | Physiotherapy Associates<br>2930 S Michigan Ave<br>#107<br>Chicago, IL 60616-3270 |
| Sabre Investments<br>120 W. Madison Street<br>Chicago, IL 60602-4157 | Stellar Recovery Inc<br>1327 Highway 2 West<br>Kalispell, MT 59901-3432 | The Northern Trust Company<br>PO Box 92963<br>Chicago, IL 60675-2963 |
| U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA  17106-9184 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Us Dep Ed<br>Po Box 5609<br>Greenville, TX 75403-5609 |

| | | |
|---|---|---|
| Us Dept Of Education<br>Po Box 5609<br>Greenville, TX 75403-5609 | Weltman, Weinberg & Reis<br>180 North LaSalle<br>Suite 240<br>Chicago, IL 60601-2704 | Angelica Harb<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Dr., Ste. 300<br>Chicago, IL 60606-1390 |
| Ewell L Wallace<br>8844 S. Aberdeen St.<br>Chicago, IL 60620-3440 | Jason Blust<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 900B<br>Chicago, IL 60606-1217 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 |
| US Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     0<br>Total                  36 | |

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: Ewell Wallace ) | |
| ) | Case No: 17 B 10238 |
| ) | Judge: Thorne |
| ) | Chapter 13 |
| Debtor ) | |

## MOTION TO MODIFY PLAN

Now comes Ewell Wallace (hereinafter referred to as "Debtors"), by and through his attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On March 31, 2017, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on May 31, 2017. The confirmed plan called for payments of $755.00 for 60 months, paying unsecured creditors 100% on their claims.

3. Debtor's attorney filed a motion to authorize Met Life Insurance to distribute insurance proceeds scheduled for August 18, 2021 stemming from Debtor's total loss accident involving his 2005 Jeep Grand Cherokee. Met Life Insurance intends to pay Jefferson Capital Systems in the amount of $129.83 to pay their remaining claim in full.

4. The Debtor respectfully requests that the Trustee no longer disburse any funds to Jefferson Capital Systems as their claim will be paid in full by Met Life Insurance.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. The Trustee shall not make any further payments to Jefferson Capital Systems;
2. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

    /s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001