UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Ewell Wallace<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  17-10238<br><br>Chapter:  13<br>Honorable Deborah L. Thorne |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the Motion of the Debtors to Modify the Plan;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

That the Trustee shall not make any additional payments to Jefferson Capital Systems for Claim#2.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  September 01, 2021

**Prepared by:**

Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606